NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000712**
**17-JUL-2013**
**08:31 AM**

NO. CAAP-11-0000712

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KO OLINA DEVELOPMENT, LLC,
a Delaware limited liability company, Plaintiff-Appellee
v.
ASSOCIATION OF APARTMENT OWNERS OF BEACH VILLAS AT KO OLINA,
a Hawaii non-profit corporation, Defendant-Appellant,
and
JOHN DOES 1-20, JANE DOES 1-20,
DOE CORPORATIONS 1-20, and DOE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-2675-12)

ORDER APPROVING PLAINTIFF-APPELLEE'S
JULY 15, 2013 STIPULATION AND REQUEST FOR DISMISSAL
WITH PREJUDICE OF APPEAL AND ALL CLAIMS AND ALL PARTIES
(By: Leonard, J., for the court[1])

Upon consideration of the July 15, 2013 Stipulation and Request for Dismissal With Prejudice Of Appeal and All Claims and All Parties (Stipulation) by Plaintiff-Appellee Ko Olina Development, LLC, and Defendant-Appellant Association of Apartment Owners of Beach Villas at Ko Olina, and the records and files herein,

---

[1] Considered by: Fujise, Presiding Judge, Leonard and Ginoza, JJ.

IT IS HEREBY ORDERED that the Stipulation is approved. The appeal is dismissed, and the parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i,  July 17, 2013.

FOR THE COURT:

Associate Judge